IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN WESTERN HOME INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Civil Action No. 10-00516-CG-N ) |
| ALFRED REESE and FRANCINE REESE, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

The parties having filed a joint stipulation of dismissal with prejudice (Doc. 44), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his, her or its own costs and attorneys' fees.

**DONE** and **ORDERED** this the 28th day of October, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE